**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1,<br><br>    Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (US) HOLDING, INC., SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V.,<br><br>    Defendants. | Civil Action No. 24-341-RGA<br><br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHAD DROWN IN SUPPORT OF
DEFENDANTS' MOTIONS TO DISMISS AND TRANSFER**

I, Chad Drown, declare as follows:

1.    I am a partner at Faegre Drinker Biddle & Reath, counsel for Defendants in the above-entitled action. I am admitted *pro hac vice* to practice before this Court in this action. I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently to them under oath.

1.    Attached hereto as **Exhibit 1** is a true and correct copy of the IP Bridge "Company" webpage, displayed in English. Accessed from https://ipbridge.co.jp/en/company/; captured on June 4, 2024.

2.    Attached hereto as **Exhibit 2** is a true and correct copy of the IP Bridge homepage. Accessed from https://ipbridge.co.jp/en/; captured on June 6, 2024.

1

3.    Attached hereto as **Exhibit 3** is a true and correct copy of the Japan Science and Technology Agency "Access" webpage, showing its locations. Accessed from https://www.jst.go.jp/EN/about/access.html; captured on June 6, 2024.

4.    Attached hereto as **Exhibit 4** is a true and correct copy of the National Institute of Advanced Industrial Science and Technology (AIST) "Visiting AIST" webpage, showing its locations. Accessed from https://www.aist.go.jp/aist_e/guidemap/index.html; captured on June 6, 2024.

5.    Attached hereto as **Exhibit 5** is a true and correct copy of the IEEE Magnetics contact page for Shinji Yuasa, showing him as working in Japan. Accessed from https://ieeemagnetics.org/contact/shinji-yuasa; captured on June 6, 2024.

6.    Attached hereto as **Exhibit 6** is a true and correct copy of the Best Buy webpage for the sale of the IronWolf Pro 16TB, cited in Plaintiff's Complaint (D.I. 1 ¶ 15), which redirects to: https://www.bestbuy.com/site/seagate-ironwolf-pro-16tb-internal-sata-nas-hard-drive-with-rescue-data-recovery-services/6545785.p?skuId=6545785; captured on June 6, 2024.

7.    Attached hereto as **Exhibit 7** is a true and correct copy of the Best Buy webpage for the sale of the BarraCuda 2TB HDD, cited in Plaintiff's Complaint (D.I. 1 ¶ 15), which redirects to: https://www.bestbuy.com/site/seagate-barracuda-2tb-internal-sata-hard-drive-for-desktops/6344172.p?skuId=6344172; captured on June 6, 2024.

8.    Attached hereto as **Exhibit 8** is a true and correct copy of the Best Buy Minnesota Directory webpage. Accessed from https://stores.bestbuy.com/mn.html; captured on June 6, 2024.

9.    Attached hereto as **Exhibit 9** is a true and correct copy of the Amazon webpage for the sale of the Seagate Ironwolf 8TB HDD. Accessed from

https://www.amazon.com/Seagate-IronWolf-Internal-Hard-Drive/dp/B084ZV4DXB/ref=sr_1_4?dib=eyJ2IjoiMSJ9.LvrgBiLntKztJb5qqIu-G7hdOU9B3T1Jx6bWZHvw1rqijPVChYiurcEfOZgAMWwP2Uqv1O9Nsg5jw6L0hnXc-kzaQanApdNd_5IMxqagi4TmL9Jcu0E3iLGWPkXj_Pnpn50GJw9gdr_o86VG17Sm6AmTW6eqfM-ELs8aAwZ1DTkpGq7RifYAHhzq4jb0WZK_Zefioy2XrRsUjSlGVVznSXWNlYpG0ZZhhh2__cGkAtg.sDQov3r4isv6Xj4sHG5UlxqBiYilmyGhpn-7CkKj09U&dib_tag=se&keywords=seagate%2Bhard%2Bdisk%2Bdrive&qid=1717776386&sr=8-4&th=1; captured on June 7, 2024.

10.    Attached hereto as **Exhibit 10** is a true and correct copy of Google Flights search results for flights from Tokyo to MSP airport (Minnesota's largest airport), showing the availability of non-stop flights. Accessed from

https://www.google.com/travel/flights?sca_esv=d6f3a8cef97b345f&source=flun&uitype=cuAA&hl=en&gl=us&curr=USD&tfs=CAEQAhopEgoyMDI0LTA4LTAxagwIAhIIL20vMDdkZmtyDQgCEgkvbS8wZnB6d2YaKRIKMjAyNC0wOC0xNmoNCAISCS9tLzBmcHp3ZnIMCAISC9tLzA3ZGZremhDalJJWlRkVE1YUlRWbnAyVEdOQlFXVXpXSGRDUnkkwdExTMHRRMUzB0TFhWcVkyWjVPVUZCUVVGGQlIxcHBSM0ZGUjJSTVJHVkjJFZ05qUkV3YUN3aUFzQWtRQWhvRFZWVkVkVPREJ3Z0xBSg%3D%3D; captured on June 6, 2024.

11.    Attached hereto as **Exhibit 11** is a true and correct copy of Google Flights search results for flights from Tokyo to ILG airport (Delaware's largest airport), showing no flights available. Accessed from

https://www.google.com/travel/flights/search?tfs=CBwQAhojEgoyMDI0LTA4LTAxagwIAhIIL20vMDdkZmtyBwgBEgNJTEcaIxIKMjAyNC0wOC0xNmoHCAESA0lMR3IMCAISC9tLz

A3ZGZrQAFIAXABggELCP_____wGYAQE&hl=en&gl=us&curr=USD; captured on June 6, 2024.

12.     Attached hereto as **Exhibit 12** is a true and correct copy of Google Flights search results for flights from Tokyo to Philadelphia airports, showing no direct flights. Accessed from https://www.google.com/travel/flights/search?tfs=CBwQAhooEgoyMDI0LTA4LTAxagwIAhIIL20vMDdkZmtyDAgDEggvbS8wZGNsZxooEgoyMDI0LTA4LTE2agwIAxIIL20vMGRjbGdyDAgCEggvbS8wN2Rma0ABSAFwAYIBCwj_____8BmAEB&hl=en&gl=us&curr=USD; captured on June 6, 2024.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of a list of cases in which IP Bridge is a party, in the United States; created by running a search for cases with a party containing "Godo Kaisha IP Bridge 1" on Docket Navigator on June 6, 2024.

14.     Attached hereto as **Exhibit 14** is a true and correct copy of Weighted and Unweighted Filings per Authorized Judgeship – During the 12-Month Period Ending March 31, 2023, provided by the U.S. Courts Federal Judicial Caseload Statistics. Accessed from https://www.uscourts.gov/statistics/table/x-1a/federal-judicial-caseload-statistics/2023/03/31; captured on June 6, 2024.

15.     Attached hereto as **Exhibit 15** is a true and correct copy of a Lex Machina search for open patent cases in the District of Delaware, accessed from https://law.lexmachina.com/court/ded/cases?status=open&case_types-include=27&pending-from=2009-01-01&pending-to=2024-06-07&filters=true&tab=summary&view=analytics&cols=33554907; captured on June 7, 2024.

16.     Attached hereto as **Exhibit 16** is a true and correct copy of a Lex Machina search for open patent cases in the District of Minnesota, accessed from

https://law.lexmachina.com/court/mnd/cases?status=open&case_types-include=27&pending-from=2009-01-01&pending-to=2024-06-07&filters=true&tab=summary&view=analytics&cols=33554907; captured on June 7, 2024.

17.     Attached hereto as **Exhibit 17** is a true and correct copy of an English translation of the Complaint from the Japanese litigation dated September 26, 2014, the original Japanese version, and a certificate of translation.

Pursuant to 28 U.S.C. § 1764, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 7, 2024

*/s/ Chad Drown*
Chad Drown