# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V.,<br><br>Defendants. | Civil Action No. 24-cv-3691 LMP/DTS |

## SEAGATE'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 15 and Civil Local Rule 15.1, Defendants Seagate Technology LLC, Seagate Technology (Thailand) Limited, Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology (Netherlands) B.V. (collectively, "Seagate") hereby respectfully move this Court for an order granting leave for Seagate to file an amended answer and counterclaims (the "Motion"). This Motion is based upon the record in this case, as well as the accompanying Memorandum of Law, the declaration of Evan Kline-Wedeen in support of the Motion and the exhibits thereto, the arguments of counsel, and upon any such other information that the Court deems just and proper.

1

Dated: March 27, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Chad Drown*

Chad Drown (MN #0319053)
Kevin P. Wagner (MN #034008X)
Kelly J. Fermoyle (MN #0398356)
Kirsten L. Elfstrand (MN #0401213)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
*chad.drown@faegredrinker.com*
*kevin.wagner@faegredrinker.com*
*kelly.fermoyle@faegredrinker.com*
*kirsten.elfstrand@faegredrinker.com*

David J.F. Gross (MN #0208772)
4800 N. Scottsdale Road, Suite 2200
Scottsdale, AZ 85251
Telephone: (480) 643-1850
*david.gross@faegredrinker.com*

Evan J. Kline-Wedeen (*pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
*evan.kline-wedeen@faegredrinker.com*

*Attorneys for Seagate Defendants*

2