# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V.,<br><br>Defendants. | Civil Action No. 24-cv-3691 LMP/DTS |

## MEET-AND-CONFER STATEMENT ON SEAGATE'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS

The undersigned attorney for Defendants Seagate Technology LLC, Seagate Technology (Thailand) Limited, Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology (Netherlands) B.V. (collectively, "Seagate"), certifies that he personally met and conferred with counsel for Plaintiff Godo Kaisha IP Bridge 1 regarding Seagate's Motion for Leave to File First Amended Answer and Counterclaims on March 23, 2026, as well as through additional email correspondence, and further certifies that the parties were unable to agree upon resolution of the motion.

1

Dated: March 27, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Evan J. Kline-Wedeen*

Chad Drown (MN #0319053)
Kevin P. Wagner (MN #034008X)
Kelly J. Fermoyle (MN #0398356)
Kirsten L. Elfstrand (MN #0401213)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
*chad.drown@faegredrinker.com*
*kevin.wagner@faegredrinker.com*
*kelly.fermoyle@faegredrinker.com*
*kirsten.elfstrand@faegredrinker.com*

David J.F. Gross (MN #0208772)
4800 N. Scottsdale Road, Suite 2200
Scottsdale, AZ 85251
Telephone: (480) 643-1850
*david.gross@faegredrinker.com*

Evan J. Kline-Wedeen (*pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
*evan.kline-wedeen@faegredrinker.com*

*Attorneys for Seagate Defendants*

2