UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1 <br><br> Plaintiff, <br><br> v. <br><br> SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V., <br><br> Defendants. | Civil Action No.  24-cv-3691 LMP/DTS <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO EXTEND THE
DEADLINE TO FILE A DISCOVERY MOTION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 16.3,

Plaintiff Godo Kaisha IP Bridge 1 ("IP Bridge") hereby respectfully moves this Court for

an order granting IP Bridge's Motion to Extend the Deadline to File a Discovery Motion,

thereby extending the deadline for IP Bridge to file a discovery motion from June 25,

2026 to July 16, 2026. This Motion is based on the record in this case, as well as the

accompanying Memorandum of Law, the Declaration of Stuart V. C. Duncan Smith in

support of the Motion and the exhibits thereto, the arguments of counsel, and on any such

other information that the Court deems just and proper.

Date: June 23, 2026

OF COUNSEL:
Michael A. Albert (*pro hac vice*)
malbert@wolfgreenfield.com
Gerald B. Hrycyszyn (*pro hac vice*)
ghrycyszyn@wolfgreenfield.com
John Strand (*pro hac vice*)
jstrand@wolfgreenfield.com
Hunter D. Keeton (*pro hac vice*)
hkeeton@wolfgreenfield.com
Stuart V. C. Duncan Smith (*pro hac vice*)
sduncansmith@wolfgreenfield.com
Adam R. Wichman (*pro hac vice*)
awichman@wolfgreenfield.com
Jason W. Balich (*pro hac vice*)
jbalich@wolfgreenfield.com
Karen E. Gover (*pro hac vice*)
kgover@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

*/s/ Stuart V. C. Duncan Smith*
Adam Steinert (#0389648)
ASteinert@fredlaw.com
Barbara Marchevsky (#0398256)
BMarchevsky@fredlaw.com
Luke P. de Leon (#0401756)
LdeLeon@fredlaw.com
FREDRIKSON & BYRON P.A.
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612.492.7000 Phone

*Counsel for Godo Kaisha IP Bridge 1*

2