UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V.,<br><br>Defendants. | Civil Action No.  24-cv-3691 LMP/DTS<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF STUART V. C. DUNCAN SMITH
IN SUPPORT OF PLAINTIFF'S MOTION TO
<u>EXTEND THE DEADLINE TO FILE A DISCOVERY MOTION</u>**

I, Stuart V. C. Duncan Smith, hereby declare as follows:

1.      I am an attorney at Wolf, Greenfield & Sacks, P.C. I am an attorney of record for the Plaintiff IP Godo Kaisha IP Bridge 1 ("IP Bridge") in the above-captioned matter.

2.      I make this declaration in support of IP Bridge's Motion to Extend the Deadline to File a Discovery Motion, filed herewith.

3.      I have personal knowledge of the facts stated herein and would testify to such facts under oath if asked to do so.

4. On June 11, 2026, Seagate served discovery responses and objections to IP Bridge's Interrogatories, Requests for Admission, and Requests for Production. In total, responses and objections contained 251 pages, most of which contained Seagate's substantive responses and objections.

5. Attached hereto as **Exhibit 1** is a true and accurate copy of a June 12, 2026 email from Seagate, filed under seal.

6. During the June 12, 2026 meet-and-confer, IP Bridge agreed to investigate Seagate's concerns with IP Bridge's privilege log.

7. During the June 12, 2026 meet-and-confer, the parties also discussed the deadline for filing discovery motions, which the parties understood is June 25, 2026, under the current schedule. The parties discussed that this deadline left little time for the parties to work to narrow their disputes before raising them with the Court. And the parties discussed a reciprocal extension to that deadline so the parties can do that work before either would need to file a motion with the Court. The parties ended the meet-and-confer with an agreement to sort out the details the following week.

8. Attached hereto as **Exhibit 2** is a true and accurate copy of a June 18, 2026 email from IP Bridge, filed under seal.

9. Attached hereto as **Exhibit 3** is a true and accurate copy of a June 19, 2026 letter from IP Bridge, filed under seal.

10. The parties met-and-conferred on Monday, June 22, 2026 regarding both IP Bridge's motion for an extension and its enumerated list of issues with Seagate's discovery responses. During that meet-and-confer, Seagate stated that it would

investigate many of IP Bridge's enumerated issues, and Seagate was unable to identify any prejudice from IP Bridge's requested extension. Nevertheless, Seagate stated that it would oppose IP Bridge's extension unless IP Bridge prospectively narrowed the issues it could raise to the Court. IP Bridge explained that its discovery motion would be a subset of the issues enumerated in its June 19 letter—namely, just those issues (1) that arose from Seagate's June 11 discovery responses, (2) that were not previously presented to the Court, and (3) that remain unresolved after the parties discuss the results of Seagate's investigation. Seagate did not find that satisfactory, so it told IP Bridge later that evening that Seagate would oppose this motion.

11. Attached hereto as **Exhibit 4** is a true and accurate copy of a June 22, 2026 email from IP Bridge, filed under seal.

12. The next day, on Tuesday, June 23, 2026, I contacted the Court's clerk and obtained the hearing day for this motion at the earliest time available.

Date: June 23, 2026

*/s/ Stuart V. C. Duncan Smith*
Stuart V. C. Duncan Smith (pro hac vice)
sduncansmith@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

*Counsel for Godo Kaisha IP Bridge 1*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, I caused the foregoing and the attached exhibits to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

*/s/ Stuart V. C. Duncan Smith*
Stuart V. C. Duncan Smith