**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1 <br><br> Plaintiff, <br><br> v. <br><br> SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LIMITED, SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY (NETHERLANDS) B.V., <br><br> Defendants. | Civil Action No. 24-cv-3691 LMP/DTS <br><br> **JURY TRIAL DEMANDED** |

**SEAGATE'S MOTION FOR A DETERMINATION THAT THE BORON TESTING DOCUMENTS ARE NOT PRIVILEGED OR WORK PRODUCT**

Defendants Seagate Technology LLC, Seagate Technology (Thailand) Limited, Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology (Netherlands) B.V. (collectively, "Seagate") hereby move for an Order determining that Dkt. 182-1 and Dkt. 182-2 (the "Boron Testing Documents") are not privileged or work product and ordering Plaintiff Godo Kaisha IP Bridge 1 to produce these documents.

A Proposed Order granting this Motion is filed herewith. The grounds for Seagate's Motion are set forth in the Opening Brief in Support of Defendants' Motion for a Determination that the Boron Testing Documents are Not Privileged or Work Product, the supporting declaration, and on the file, record, and proceedings herein.

Dated: July 10, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Doowon Chung*

David J.F. Gross (MN #0208772)
4800 N. Scottsdale Road, Suite 2200
Scottsdale, AZ 85251
Telephone: (480) 643-1850
*david.gross@faegredrinker.com*

Chad M. Drown (MN #0319053)
Kevin P. Wagner (MN #034008X)
Kelly J. Fermoyle (MN #0398356)
Kirsten L. Elfstrand (MN #0401213)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
*chad.drown@faegredrinker.com*
*kevin.wagner@faegredrinker.com*
*kelly.fermoyle@faegredrinker.com*
*kirsten.elfstrand@faegredrinker.com*

Evan J. Kline-Wedeen (*pro hac vice*)
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
*evan.kline-wedeen@faegredrinker.com*

*Attorneys for Seagate Defendants*