**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Good Kaisha IP Bridge 1, <br><br> Plaintiff, <br><br> . <br><br> Seagate Technology LLC, et al., <br><br> Defendants. | Case No. 24-cv-3691 (LMP/DTS) <br><br><br> **ORDER** |

The parties filed a joint motion, Dkt. No. 225, to extend Plaintiff's deadline to file a discovery motion related to the Supplemental Information. **IT IS HEREBY ORDERED**: Plaintiff's deadline to file a discovery motion related to the Supplemental Information is August 7, 2026.

Dated: July 28, 2026

 s/ David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge